REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
OCT 17 2006
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.

| | |
|---|---|
| NETALOG, INC., | ) |
| Plaintiff, | ) CASE NO. 1:05-CV-000391 |
| vs. | ) |
| BELKIN CORPORATION, | ) |
| Defendant. | ) |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States District Court for the Middle District of North Carolina requests international judicial assistance to obtain evidence for a civil proceeding before this court in the above captioned matter. A trial on this matter is scheduled for the term beginning on April 1, 2007.

The information sought pursuant to this Request is likely to lead to the discovery of admissible evidence at trial, is not obtainable by other means, and is necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of Taiwan compel the appearance of the below named individual to give evidence and produce documents:

**Individual:** Charles Yu
**Citizenship:** Taiwan (upon information and belief)
**Address of Place of Business:** Jimn-K Enterprises, Ltd.
No. 24-12, Chang Sa Village, Jiang Jiun Shiang
Tainan Hsien 710
886 972-397 588

## BACKGROUND FACTS

Belkin Corporation has been accused of patent infringement in the United States District Court for the Middle District of North Carolina. Netalog, Inc. claims that the Belkin TuneBase FM products infringe Netalog's U.S. Patent 6,591,085. An important issue in this case is who invented the subject matter claimed in the patent. Netalog has disclosed Charles Yu as a person who may have information regarding who invented the product claimed in the patent and may be able to answer questions related to the validity of the patent. Charles Yu is not willing to voluntarily answer questions under oath or provide documents to Belkin Corporation. Netalog has alleged that Belkin has violated the patent laws of the United States as codified in 35 U.S.C. §§ 271 and 281-285.

## INFORMATION REQUESTED

YOU refers to Mr. Charles Yu or any person acting on behalf of Mr. Charles Yu.

TRANSPOD refers to an FM transmitter/charger assembly that is used with the Apple iPod MP3 player.

**The United States District Court for the Middle District of North Carolina requests that Charles Yu answer the following questions:**

1) What information did YOU provide to Jow Tong Technology Co. Ltd. in order for Jow Tong Technology Co. Ltd. to produce the first TRANSPOD device.

2) What design information did Jeff Grady provide to YOU that enabled you to have the first TRANSPOD device manufactured by Jow Tong Technology Co. Ltd.

3) What company other than Jow Tong Technology Co. Ltd. manufactured the TRANSPOD device.

2

**The United States District Court for the Middle District of North Carolina requests that Charles Yu produce the following documents:**

1) All communications with Jeff Grady between January 1, 2002 and July 17, 2002 regarding electronic devices that power or charge an MP3 player.

2) All specifications and drawings regarding electronic devices that power or charge an MP3 player.

3) All information relating to any manufacturers other than Jow Tong Technology Co. Ltd. that made the TRANSPOD device.

## RECIPROCITY

The United States District Court for the Middle District of North Carolina is willing to provide similar judicial assistance to the Judicial Authorities of Taiwan consistent with the laws of the United States of America.

## REIMBURSEMENT FOR COSTS

The United States District Court for the Middle District of North Carolina is willing to request Belkin Corporation to reimburse the Judicial Authorities of Taiwan for all costs expended in obtaining the evidence requested.

## LOCAL CONTACT

If the Judicial Authorities of Taiwan have any question or need any assistance during the course of judicial assistance, please do not hesitate to contact Belkin Corporation's Taiwanese counsels: C. Y. Huang and Matt J.C. Liu of Tsar & Tsai Law Firm, whose contact information is provided as follows:

Tel No.: 886-2-27814111

Fax No.: 886-2-27213834

Email: cyhuang@tsartsai.com.tw

Address: 8F, No. 245, Dun Huan S. Rd. Sec. 1, Taipei 106, Taiwan

3

Dated: ~~September~~ October 17, 2006

*signature*
Judge William L. Osteen
United Status District Court
Middle District of North Carolina
~~Raleigh, NC~~ Greensboro, NC
United States of America